IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 17-51-1 |
| | : | |
| | : | |
| THOMAS HUGHSTED | : | |

**O R D E R**

**AND NOW**, this   day of   2017, in consideration of Defense Counsel's Motion to Withdraw Due to Conflict of Interest, it is hereby **ORDERED** that the motion is **GRANTED**. The Federal Community Defender Office for the Eastern District of Pennsylvania, is hereby removed as defense counsel.

It is so **ORDERED**.

BY THE COURT:

_____
THE HONORABLE GENE E.K. PRATTER
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 17-51-1 |
| | : | |
| THOMAS HUGHSTED | : | |

**DEFENSE COUNSEL'S MOTION TO**
**WITHDRAW DUE TO CONFLICT OF INTEREST**

Stuart Patchen, Assistant Federal Defender, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby move to withdraw as counsel in the above captioned case due to a conflict of interest. In support it is stated:

1. On or about February 2, 2017, the Federal Community Defender Office for the Eastern District of Pennsylvania, was appointed to represent Mr. Hughsted in the above captioned case.

2. Since being appointed, an irreconcilable conflict has arisen which requires that the Federal Community Defender seek to be removed as counsel in the above captioned case.

3. Assistant United States Attorney Priya T. DeSouza is aware of the conflict of interest.

**WHEREFORE**, defense counsel moves to withdraw and requests that new counsel be appointed to represent Mr. Hughsted as soon as possible.

Respectfully submitted,

*/s/ Stuart Patchen*
STUART PATCHEN
Assistant Federal Defender

# CERTIFICATE OF SERVICE

I, Stuart Patchen, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of the Defense Counsel's Motion to Withdraw Due to Conflict of Interest, by electronic notification and/or hand delivery upon:

Priya T. DeSouza
United States Attorney's Office
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania  19106.

                                      */s/ Stuart Patchen*
                                      STUART PATCHEN
                                      Assistant Federal Defender

DATE: April 27, 2017